## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : : : : | CIVIL ACTION NO. 1:15-CV-197 |
| | : | (Chief Judge Conner) |
| Plaintiff | : : | |
| v. | : : | |
| ELIZABETH H. FEATHER, ESQUIRE, ADMINISTRATRIX OF THE ESTATE OF BRYANT A. WHITE | : : : : | |
| Defendant | : : | |
| CHEYENNE HEGE and WILLIAM J. HESS, | : : : | |
| Intervening Defendants | : : | |

## ORDER

AND NOW, this 26th day of April, 2017, upon consideration of the motion (Doc. 35) for summary judgment filed by plaintiff State Farm Mutual Automobile Insurance Company, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.      The motion (Doc. 35) for summary judgment is DENIED.

2.      The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings.  On or before **Wednesday, May 10, 2017**, the parties shall submit a joint proposed pretrial and trial schedule to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania