# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

*Plaintiff*

v.

ELIZABETH H. FEATHER, ESQUIRE, Adminstratrix of the Estate of Bryant A. White,

*Defendant*,

CHEYENNE HEGE and WILLIAM J. HESS,

*Intervening Defendants*

Civil Action No. 1:15-CV-0197

(Chief Judge Conner)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: JUDGMENT be and is hereby ENTERED in favor of plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and against ALL DEFENDANTS, in accordance with the jury verdict rendered on October 3, 2017 (see Docs. 85, 86) in this matter.

This action was *(check one)*:

X tried by a jury with Judge or Magistrate Judge  Chief Judge Christopher C. Conner  presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision decided by Judge or Magistrate Judge _____

Date: Oct 4, 2017

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*